UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                      Case No. 1:21-CR-128

v.                                                         Hon. Robert J. Jonker

DONALD CURTIS BEAUCHAMP,

       Defendant.
_____/

**ORDER OF DETENTION**

      Defendant appeared this date for a bond hearing. For the reasons stated on the record, the Court finds that Defendant has not rebutted the presumption applicable in this case that no condition or combination of conditions will reasonably assure the safety of the community, and that no condition or combination of conditions will assure Defendant's appearance at trial.

      Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

      DONE AND ORDERED on December 6, 2021.


                                                                /s/ Sally J. Berens
                                                                SALLY J. BERENS
                                                                 United States Magistrate Judge